No. 5,844.—STATE EX REL. GREAT NORTHERN RY. CO., RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control directed to the District Court of the First Judicial District in and for the County of Lewis and Clark and Honorable A. J. Horsky, a Judge thereof, to vacate an order made by said respondents sustaining a certain demurrer in a cause pending therein entitled *Alfred B. Norton, Exr.,* v. *Great Northern Ry. Co. et al.*

Decided November 6, 1925.

PER CURIAM.—The order to show cause heretofore issued herein is discharged and the application for a writ of supervisory control denied without written opinion (the cause having been submitted on November 4). Mr. Chief Justice Callaway dissenting.

*Mr. I. Parker Veazey, Jr., Mr. W. L. Clift* and *Mr. R. H. Golver,* for Relators.

*Messrs. Gunn, Rasch & Hall,* for Respondents.